# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Hilton Woods, ) | |
| ) | |
| Plaintiff, ) | Civil No. 4:16-738-RMG |
| ) | |
| vs. ) | |
| ) | |
| Carolyn W. Colvin, Acting Commissioner ) | |
| of Social Security, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | |

This appeal from the adverse decision of the Commissioner of Social Security denying Plaintiff's application for disability benefits under the Social Security Act comes before the Court on Defendant's motion for remand for further administrative action to allow the agency further evaluation of the Plaintiff's residual functional capacity. (Dkt. No. 18). The Plaintiff consents to the remand. (*Id.* at 1). Based on the foregoing, the Court **REVERSES** the decision of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g) and **REMANDS** the matter to the agency for further action consistent with this order.

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

December 1?, 2016
Charleston, South Carolina