# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Hilton Woods, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 4:16-738-RMG |
| | ) |
| vs. | ) |
| | ) |
| Nancy A. Berryhill, Acting Commissioner of Social Security Administration, | ) |
| | ) |
| | ) **ORDER** |
| Defendant. | ) |
| | ) |

This matter comes before the Court on Plaintiff's motion for approval of attorney's fees under 42 U.S.C. § 406(b). (Dkt. No. 27). Plaintiff seeks approval of an attorney's fee for his services on behalf of Plaintiff in federal court in the amount of $20,280.00, which represents 25% of the total back award obtained on behalf of Plaintiff. (Dkt. No. 27-1). Plaintiff's contract with his counsel provides for a 25% contingency fee. The Defendant has advised the Court that she does not oppose approval of the attorney fee request of Plaintiff. (Dkt. No. 29). Upon receipt of the 406(b) fee award, Plaintiff's counsel is obligated to pay to her client the amount previously awarded by the Court under EAJA if she has been paid the EAJA fee award. (Dkt. No. 26).

The Court has reviewed the Plaintiff's motion in light of the standards set forth in *Grisbrecht v. Barnhart,* 535 U.S. 789, 808 (2002). The Court finds that pursuant to the *Grisbrecht* standards the proposed fee is reasonable and grants the Plaintiff's motion to approve the fee in the amount of $20,280.00. Upon receipt of this award, Plaintiff's counsel is directed to

reimburse to Plaintiff $3,806.86 previously awarded under EAJA, assuming that amount has already been paid to Plaintiff s counsel. (Dkt. No. 26).[1]

AND IT IS SO ORDERED.

Richard Mark er l
United States District Judge

March 7, 2018
Charleston, South Carolina

---

[1] The EAJA award was made by this Court on January 25, 2018. (Dkt. No. 26). If the Commissioner has not yet paid this award, Plaintiff s counsel would obviously have no obligation to pay the EAJA award back to Plaintiff.